# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

EILEEN J. DOWNING, ET UX,

    Plaintiffs,

v.                                                 CIVIL ACTION NO.: 2:12-cv-422 (MSD/LRL)

PAPA JOHN'S USA, INC., ET AL.,

    Defendants.

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the above captioned matter has been settled and, upon execution of a written Settlement Agreement, this matter will be dismissed in due course.

Dated June 3, 2013                     Respectfully submitted,

                                                **EILEEN J. DOWNING**

By:     /s/ Christopher Colt North
         Christopher Colt North (VSB No. 16955)
         Attorney for Plaintiff Eileen J. Downing
         The Consumer & Employee Rights Law Firm
         751-A Thimble Shoals Boulevard
         Newport News, Virginia 23606
         Phone: (757) 873-1010
         Fax: (757) 873-8375
         cnorthlaw@aol.com

         **WILLIAM L. DOWNING**, *pro se*
         751A Thimble Shoals Blvd.,
         Newport News, VA 23606
         Phone: (757) 873-1010
         Fax:   (757) 873-8375

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

John C. Lynch, Esq.
Troutman Sanders LLP
222 Central Park Ave, Suite 2000
Virginia Beach, VA 23462
Email: john.lynch@troutmansanders.com

Jason E. Manning, Esq.
Troutman Sanders LLP
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
Email: jason.manning@troutmansanders.com

/s/ Christopher Colt North
Christopher Colt North, Esq., VSB #16955
Attorney for Plaintiff Eileen J. Downing
The Consumer & Employee Rights Law Firm, P.C.
751-A Thimble Shoals Boulevard
Newport News, Virginia 23606
Phone: (757) 873-1010
Fax: (757) 873-8375
E-mail: cnorthlaw@aol.com